FILED 13 JUL '23 12:43 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00232-IM |
| v. | INDICTMENT |
| SHAKOR SHOVONTAE RAY HOLIDAY aka "Dute Fly," | 18 U.S.C. § 922(g)(1) |
| | Forfeiture Allegation |
| Defendant. | |

THE GRAND JURY CHARGES:

**COUNT 1**
**(Felon in Possession of a Firearm)**
**(18 U.S.C. § 922(g)(1))**

On or about May 31, 2023 and continuing until June 22, 2023, in the District of Oregon, defendant **SHAKOR SHOVONTAE RAY HOLIDAY aka "Dute Fly,"** knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

1) Felon in Possession of a Firearm, on or about June 1, 2020, in United States District Court, District of Oregon, Case Number 3:18-cr-00511;

2) Burglary in the First Degree, on or about September 13, 2017, in the State of Oregon, Circuit Court of Multnomah County, Case Number 17CR08952;

3) Unlawful Use of a Weapon, on or about September 24, 2013, in the State of Oregon, Circuit Court of Multnomah County, Case Number 120532229;

4) Attempted Assault in the First Degree, on or about September 24, 2013, in the State of Oregon, Circuit Court of Multnomah County, Case Number 130230520;

5) Attempted Assault in the First Degree with a Firearm, on or about September 13, 2010, in the State of Oregon, Circuit Court of Multnomah County, Case Number 100330994;

did knowingly and unlawfully possess the following firearms:

1) an Anderson Manufacturing AM-15 AR style firearm, 15026788;

2) a Stoeger STR-9, 9mm handgun, T6429-21406822;

which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

////

////

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in that offense, including without limitation:

1) an Anderson Manufacturing AM-15 AR style firearm, 15026788;

2) a Stoeger STR-9, 9mm handgun, T6429-21406822;

3) all associated ammunition and firearm accessories.

Dated: July 13, 2023

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_____
LEWIS S. BURKHART, OSB #082781
LEAH K. BOLSTAD, OSB # 052039
Assistant United States Attorneys