SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**LEWIS S. BURKHART, OSB #082781**
Assistant United States Attorney
Lewis.Burkhart@usa.doj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:     503-727-1000
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:23-cr-00232-IM** |
| **v.** | **SETTLEMENT AGREEMENT**<br>**Jasen Wallace** |
| **SHAKOR SHOVONTAE RAY HOLIDAY,** | **Petitioner** |
| **Defendant.** | |

IT IS AGREED by and between the undersigned parties as follows:

1.  This agreement has no effect on any claims that any other department or agency of the United States may have against Petitioner Jasen Wallace.

2.  Upon conclusion of the present criminal case in which the firearm at issue is involved, the United States agrees to return to Jasen Wallace, one firearm identified as the Anderson Manufacturing AR style rifle, serial number 15026788, as is, provided Mr. Wallace is not otherwise prohibited from owning a firearm at that time.

**SETTLEMENT AGREEMENT**                                                    **PAGE 1**

3.  The parties agree that Jasen Wallace has a valid, good faith, and legally recognizable interest in the firearm, as an innocent owner of the firearm described above.

4.  Jasen Wallace hereby agrees to release and to hold the United States, and any agents, servants, and employees of the United States, or any state or local law enforcement agency, acting in their individual or official capacities, harmless from any claim, whether presently or hereinafter known, made by himself arising from and on account of the seizure of the firearm.

5.  The parties will each bear their own costs and their own attorney's fees in this matter.

6.  The parties agree, pursuant to 28 U.S.C. § 2465(a)(2), there was reasonable cause for the seizure and arrest of the property and neither the persons who made the seizure or arrest nor the prosecutors shall be liable to suit or judgment on account of such suit or prosecution, nor shall the claimant be entitled to costs.

7.  All persons signing this agreement have read and understand each and every provision herein. This Settlement Agreement is entered into freely and voluntarily. By signing this Settlement Agreement the parties merely intend to settle the claims made in this litigation.  Each person signing this Settlement Agreement is fully authorized to do so, whether on his or her own behalf or as representative for or on behalf of any other party or claimant herein.

///
///
///
///
///
///

**SETTLEMENT AGREEMENT**                                           **PAGE 2**

8.  This Court shall retain jurisdiction in this cause for the purpose of enforcing the terms of this agreement.

_Jasen Wallace_ 08/03/2026
**Jasen Wallace** DATE
Claimant/Petitioner


_/s/ Lewis S. Burkhart_ 08/05/206
**LEWIS S. BURKHART, OSB #082781** DATE
Assistant United States Attorney

**SETTLEMENT AGREEMENT** **PAGE 3**